Fill in this information to identify the case:

Debtor name **HLS Pharmacies, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA**

Case number (if known) **17-71197-BHL**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/8/18**          X _____
                                      Signature of individual signing on behalf of debtor

                                      Rick Stradtner
                                      Printed name

                                      President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | HLS Pharmacies, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | 17-71197-BHL |

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $      4,045,054.98

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $      4,045,054.98

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      3,956,244.58

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      973,352.02

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      1,762,726.10

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b      $      6,692,322.70

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | HLS Pharmacies, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | 17-71197-BHL |

☑ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | German American Bank | Checking (ending in 5001) | 5001 | $41,561.67 |
| 3.2. | German American Bank | Checking (ending in 5301) | 5301 | $2,357.79 |
| 3.3. | German American Bank | Checking (ending in 2701) | 2701 | $66.00 |
| 3.4. | German American Bank | Checking (ending in 7301) | 7301 | $0.00 |
| 3.5. | German American Bank | Checking (ending in 0501) | 0501 | $0.00 |
| 3.6. | First Bank | Checking (ending in 1097) | 1097 | $794.43 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    HLS Pharmacies, Inc.                                    Case number *(If known)*  17-71197-BHL
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | First Bank | Checking (ending in 1108) | 1108 | $3,134.41 |
| 3.8. | Old National Bank | Checking (ending in 4259) | 4259 | $12,674.27 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $60,588.57

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Mt. Carmel Water Department - security deposit | $100.00 |
| 7.2. | Ten Fifty Holding Co.-Mt. Carmel - security deposit | $500.00 |
| 7.3. | Amerencips - security deposit | $240.00 |
| 7.4. | Landmark 057 - rent - security deposit | $3,153.09 |
| 7.5. | Jasper Municipal - security deposit | $100.00 |
| 7.6. | Geiger Properties - rent - security deposit | $5,000.00 |
| 7.7. | City of Henderson - security deposit | $1,302.50 |
| 7.8. | Princeton, KY Water and Sewer - security deposit | $200.00 |
| 7.9. | Atmos Gas - store - security deposit | $350.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   HLS Pharmacies, Inc.
_____
Name

Case number *(if known)*  17-71197-BHL

| | | |
|---|---|---|
| 7.10. | Atmos Gas - warehouse - security deposit | $560.00 |
| 7.11. | Owensboro, KY Gas - security deposit | $350.00 |
| 7.12. | Citi-Owensboro Municipal Utilities - security deposit | $508.95 |
| 7.13. | Citi-Vincennes Water - security deposit | $25.00 |
| 7.14. | Citi-Owensboro Kenergy - security deposit | $450.00 |
| 7.15. | DC Water - security deposit | $30.00 |
| 7.16. | Atmos Energy - security deposit | $350.00 |
| 7.17. | Kenergy Corp. - security deposit | $445.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   $13,664.54

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 553,775.34 | - | 14,700.00 | = .... | $539,075.34 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,144,234.27 | - | 673,939.74 | =.... | $1,470,294.53 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   HLS Pharmacies, Inc.
_____
Name

Case number *(If known)*   17-71197-BHL
_____

| 12. | **Total of Part 3.** | | $2,009,369.87 |
|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** <br> DME held for resale | 11/30/2016 | $0.00 | Cost | $908,420.00 |
| 22. | **Other inventory or supplies** <br> RX inventory | 11/30/2016 | $0.00 | Cost | $98,724.00 |

| 23. | **Total of Part 5.** | | $1,007,144.00 |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value        5404.7    Valuation method    Cost        Current Value        5404.7

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

---

Official Form 206A/B                     Schedule A/B Assets – Real and Personal Property                     page 4

Debtor    HLS Pharmacies, Inc.
_____
Name

Case number *(If known)*  17-71197-BHL

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Office Furniture & Fixtures (cost less depreciation) | $41,826.36 | | $29,572.52 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment (cost less depreciation) | $8,972.11 | | $29,644.00 |
| | Comp Cap Lease (debtor claims no ownership interest) | $0.00 | | $0.00 |
| | Computer Software | $0.00 | | $0.00 |
| | Software Cap Lease (debtor claims no ownership interest) | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $59,216.52 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  HLS Pharmacies, Inc.                                    Case number *(if known)*  17-71197-BHL
_____Name_____

| machinery and equipment) Sales Equipment (cost less depreciation) | $0.00 | | $11,399.27 |
| DME Rent Equipment (cost less depreciation) | $68,792.49 | | $883,672.21 |

**51.** **Total of Part 8.** | | $895,071.48

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** Franchise Fees - Diabetes Shoppe PCCA - Compounding Membership Fee | $4,145.24 | | $0.00 |
| DEA License #BH5578022 (expires 10/31/18) DEA License #FH5662007 (expires 10/31/2018) (Issued by the U.S. Department of Justice) | $0.00 | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    HLS Pharmacies, Inc.                                          Case number *(If known)*  17-71197-BHL
                Name

| | | |
|---|---|---|
| Durable Medical Equipment License #69000838A (expires 12/31/2019) Durable Medical Equipment License #69000297A (expires 12/31/2019) Durable Medical Equipment License #69001339A (expires 12/31/2019) (issued by Indiana Professional Licensing Agency) | | |
| Durable Medical Equipment License #203.00075 (expires 3/31/2018) (issued by Dept. of Financial and Professional Regulation) | $0.00 | Unknown |
| Pharmacy License #60005016A (expires 12/31/2019 Pharmacy License #60006611A (expires 12/31/2019 (issued by Indiana Professional Licensing Agency) | $0.00 | Unknown |
| Controlled Substance License #60005016B (expires 12/31/2019) Controlled Substance License #60006611B (expires 12/31/2019) (issued by Indiana Professional Licensing Agency) | $0.00 | Unknown |
| Medicinal Gas License #MG0918 (expires 6/30/2018) Medicinal Gas License #MG0868 (expires 6/30/2018) (issued by Kentucky Board of Pharmacy) | $0.00 | Unknown |
| Home Medical Equipment License #170441 (expires 9/30/2018) Home Medical Equipment License #170267 (expires 9/30/2018) (issued by Kentucky Board of Durable Medical Equipment Providers) | $0.00 | Unknown |
| Mobile Health Services License #720227 (no expiration date) (issued by Cabinet for Health and Family Services) | $0.00 | Unknown |

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** Goodwill | $1,000.37 | $0.00 |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | $0.00 |
| 67. | **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?** | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   HLS Pharmacies, Inc.                                          Case number *(if known)* 17-71197-BHL
_____
Name

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** Potential claim against Professional Filing Services, Inc. for gross negligence or breach of contract | Unknown |
| | Nature of claim | |
| | Amount requested | $0.00 |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 8

Debtor    HLS Pharmacies, Inc.
_____    Case number *(If known)*  17-71197-BHL
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60,588.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,664.54 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,009,369.87 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,007,144.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $59,216.52 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $895,071.48 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,045,054.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,045,054.98 |

**Fill in this information to identify the case:**

Debtor name    HLS Pharmacies, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   17-71197-BHL

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
                                                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Thomas Brasseur**<br>2621 N. Lexington Drive<br>Vincennes, IN 47591 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,035.98 | $3,035.98 |
| | Date or dates debt was incurred<br>1/2017 | Basis for the claim:<br>401k deferrals | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address**<br>**Caldwell County**<br>100 E. Market Street, Rm. 27<br>Princeton, KY 42445 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $3,515.55 | $3,515.55 |
| | Date or dates debt was incurred<br>2016 | Basis for the claim:<br>Payroll Tax obligations | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | HLS Pharmacies, Inc. | | Case number (if known) | 17-71197-BHL |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** Priority creditor's name and mailing address

Caldwell County Sheriff
100 E. Market Street, Room 25
Princeton, KY 42445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$902.54   $902.54

Date or dates debt was incurred
11/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address

City of Henderson
222 First Street
Henderson, KY 42420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,758.88   $4,758.88

Date or dates debt was incurred
11/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address

City of Owensboro, KY
P.O. Box 638
Owensboro, KY 42302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$289.88   $289.88

Date or dates debt was incurred
11/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address

City of Princeton
206 E. Market Street
Princeton, KY 42445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$170.17   $170.17

Date or dates debt was incurred
11/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    HLS Pharmacies, Inc.                                          Case number (if known)    17-71197-BHL
          Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,734.52 | $20,734.52 |
|-----|---|---|---|---|

Commonwealth of Kentucky, Division of
Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-0948

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
2016

Basis for the claim:
Unemployment Tax obligations

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.38 | $1,558.38 |
|-----|---|---|---|---|

Daviess County Sheriff
212 Saint Ann Street
Owensboro, KY 42303-4148

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|-----|---|---|---|---|

Debbie Daywalt
4055 Evergreen Court
Newburgh, IN 47630

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $949.54 | $949.54 |
|------|---|---|---|---|

Anetta Dill
8300 Colleen Drive
Wadesville, IN 47638

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,141.82 | $1,141.82 |
|---|---|---|---|---|

**2.11** Priority creditor's name and mailing address
Joretta Doss
1251 Lavender Court
Evansville, IN 47712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,141.82    $1,141.82

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address
Dubois County Treasurer
One Courthouse Square
Jasper, IN 47546-3031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,183.90    $6,183.90

Date or dates debt was incurred
5/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address
First Federal Savings Bank
5001 Davis Lant Drive
Evansville, IN 47715

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,817.00    $5,817.00

Date or dates debt was incurred
11/2017

Basis for the claim:
Health Savings Account Payments

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address
Jennifer Fischer
1324 Mill Street
Jasper, IN 47546

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,994.22    $2,994.22

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,592.52 | $1,592.52 |
|---|---|---|---|---|

**2.15** Priority creditor's name and mailing address
Connie Goelzhauser
3422 Avondale Drive
Newburgh, IN 47630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,592.52    $1,592.52

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address
Darrel Goolsby
937 S. Main Street
Henderson, KY 42420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$163.23    $163.23

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address
Brent Haley
10683 S. Oak Ridge Est
Haubstadt, IN 47639

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,342.14    $5,342.14

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address
Henderson County Sheriff
20 N. Main Street, Suite 112
Henderson, KY 42420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,044.14    $8,044.14

Date or dates debt was incurred
10/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,037.69 | $2,037.69 |
|---|---|---|---|---|

**2.19**
Priority creditor's name and mailing address
Henderson Tax Administrator
P.O. Box 671
Henderson, KY 42419

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$2,037.69   $2,037.69

Date or dates debt was incurred
2016

Basis for the claim:
Payroll Tax obligations

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.20**
Priority creditor's name and mailing address
Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794-9006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,005.66   $7,005.66

Date or dates debt was incurred
2016

Basis for the claim:
Payroll Tax obligations

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.21**
Priority creditor's name and mailing address
Illinois Dept. of Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603-2802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,602.17   $9,602.17

Date or dates debt was incurred
2016

Basis for the claim:
Unemployment Tax obligations

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.22**
Priority creditor's name and mailing address
Indiana Department of Revenue
Bankruptcy Section, N-240
100 N. Senate Avenue
Indianapolis, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,496.84   $32,496.84

Date or dates debt was incurred
2016

Basis for the claim:
Payroll Tax obligations

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,677.30 | $24,677.30 |
|---|---|---|---|---|

**2.23** Priority creditor's name and mailing address
Indiana Dept. of Workforce Development
10 N. Senate Avenue
Room SE106
Indianapolis, IN 46204-2277

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,677.30　　$24,677.30

Date or dates debt was incurred
2016

Basis for the claim:
Unemployment Tax obligations

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.24** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$687,742.04　　$687,742.04

Date or dates debt was incurred
2016

Basis for the claim:
Payroll Tax obligations

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.25** Priority creditor's name and mailing address
Kentucky Department of Revenue
501 High Street
P.O. Box 491
Frankfort, KY 40602-0491

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$52,393.85　　$52,393.85

Date or dates debt was incurred
2016

Basis for the claim:
Payroll Tax obligations

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.26** Priority creditor's name and mailing address
Krista Miller
2538 S. State Road 257
Velpen, IN 47590-8821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,678.01　　$1,678.01

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,994.76 | $5,994.76 |
|---|---|---|---|---|

**2.27** Priority creditor's name and mailing address
Monroe County Treasurer
100 W. Kirkwood Avenue, Room 204
Bloomington, IN 47404-5143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,994.76    $5,994.76

Date or dates debt was incurred
5/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address
Theresa Mundy
553 E. State Road 164
Jasper, IN 47546

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$525.35    $525.35

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address
Glorilee Nowling
3827 Rodenberg Avenue
Evansville, IN 47720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,013.02    $1,013.02

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address
Glorilee Nowling
3827 Rodenberg Avenue
Evansville, IN 47720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.85    $580.85

Date or dates debt was incurred
10/2017

Basis for the claim:
401k Loan Payments

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,820.76 | $1,820.76 |
|---|---|---|---|---|

**2.31**

Priority creditor's name and mailing address
Felicia O'Neal
3079 Sandstone Court
Newburgh, IN 47630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,820.76    $1,820.76

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address
Occupational Tax Administrator
P.O. Box 10008
Owensboro, KY 42302

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$478.63    $478.63

Date or dates debt was incurred
2016

Basis for the claim:
Payroll Tax obligations

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address
Pike County Treasurer
Pike County Courthouse
Petersburg, IN 47567-1298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$531.90    $531.90

Date or dates debt was incurred
5/2017

Basis for the claim:
Property Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address
Sigfredo Rios
1108 N. 21st Street
McAllen, TX 78501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$333.80    $333.80

Date or dates debt was incurred
10/2017

Basis for the claim:
401k Loan Payments

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

**2.35** | Priority creditor's name and mailing address
Rick Stradtner
1111 W. 13th Street
Jasper, IN 47546

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,859.84    $14,859.84

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
Rick Stradtner
1111 W. 13th Street
Jasper, IN 47546

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,522.75    $2,522.75

Date or dates debt was incurred
10/2017

Basis for the claim:
401k Loan Payments

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
Meredith Stradtner-Voegerl
646 N. 425 E
Jasper, IN 47546

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,161.54    $5,161.54

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
Tiffany Tapp
4965 State Road 56 W
Dixon, KY 42409

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$616.39    $616.39

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | | Case number (if known) | 17-71197-BHL |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address<br>Vanderburgh County Treasurer<br>P.O. Box 77<br>Evansville, IN 47701-0077 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,774.20 | $3,774.20 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/2017 | Basis for the claim:<br>Property Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>David Voegerl<br>646 N. 425 E<br>Jasper, IN 47546 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,412.95 | $4,412.95 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>1/2017 | Basis for the claim:<br>401k deferrals | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>Pam Wampler<br>1401 Wimberg Road<br>Evansville, IN 47710 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,910.72 | $4,910.72 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>1/2017 | Basis for the claim:<br>401k deferrals | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>Tim Weiss<br>817 Harmony Way<br>Evansville, IN 47720 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,806.20 | $10,806.20 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>1/2017 | Basis for the claim:<br>401k deferrals | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | HLS Pharmacies, Inc. | | Case number (if known) | 17-71197-BHL |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,037.17 | $12,850.00 |
|---|---|---|---|---|

**2.43** Priority creditor's name and mailing address
Tim Weiss
817 Harmony Way
Evansville, IN 47720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,037.17    $12,850.00

Date or dates debt was incurred
7/2017

Basis for the claim:
Payroll

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.44** Priority creditor's name and mailing address
Amanda Williamson
P.O. Box 361
Clear Creek, IN 47426

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$488.08    $488.08

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.45** Priority creditor's name and mailing address
Amanda Williamson
P.O. Box 361
Clear Creek, IN 47426

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$154.70    $154.70

Date or dates debt was incurred
10/2017

Basis for the claim:
401k Loan Payments

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.46** Priority creditor's name and mailing address
Gregg Wilmes
6751 S. Club Road
Saint Anthony, IN 47575

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,002.42    $2,002.42

Date or dates debt was incurred
1/2017

Basis for the claim:
401k deferrals

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.02 | $698.02 |
|---|---|---|---|---|
| | Corey Yates<br>622 S. Green Street<br>Henderson, KY 42420 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>1/2017 | Basis for the claim:<br>401k deferrals |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|
| | A & B Fire Safety, Inc.<br>2984 Cathy Lane<br>Jasper, IN 47546 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/2017 | Basis for the claim:   Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.00 |
|---|---|---|---|
| | Advantage Print Solution<br>700 N. Weinbach, Suite 101<br>Evansville, IN 47711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/2017 | Basis for the claim:   Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.73 |
|---|---|---|---|
| | Advantage Print Solutions<br>fka Laser Smart<br>700 N. Weinbach Ave.<br>Evansville, IN 47711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/2017 | Basis for the claim:   Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,326.84 |
|---|---|---|---|
| | AG Industries, LLC<br>3637 Scarlet Oak Blvd.<br>Saint Louis, MO 63122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/2017 | Basis for the claim:   Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.32 |
|---|---|---|---|
| | Ali Med, Inc.<br>297 High Street<br>Dedham, MA 02026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/2016 - 3/2017 | Basis for the claim:   Open Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,158.93 |
|---|---|---|---|

Anda Generics, Inc.
3000 Alt Blvd.
Grand Island, NY 14072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2017 - 10/2017

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,987.43 |
|---|---|---|---|

Anita Unique Body Wear
3540 NW 56th Street, Suite 204
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,917.20 |
|---|---|---|---|

Anthem BCBS IN Group
P.O. Box 105113
Atlanta, GA 30348-5113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017 - 12/2017

**Basis for the claim:**  Employee Benefits

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $157.38 |
|---|---|---|---|

Arkadin, Inc.
5 Concourse Parkway
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $136.15 |
|---|---|---|---|

Atmos Energy
1005 Convention Plaza
Saint Louis, MO 63101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2017 - 11/2017

**Basis for the claim:**  Utility Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,200.00 |
|---|---|---|---|

B Braun
824 Twelfth Avenue
Bethlehem, PA 18018-3524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $122.50 |
|---|---|---|---|

Barrett Fisher Co., Inc.
800 Jr. Miller Blvd.
Owensboro, KY 42303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2017 - 8/2017

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

BRCS Properties, LLC
2743 E. Buttonwood Lane
Bloomington, IN 47401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _2017_

**Basis for the claim:** _Rent_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,121.03** |
|---|---|---|---|

Breg, Inc.
2885 Loker Avenue, East
Carlsbad, CA 92010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _6/2017 - 7/2017_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,362.29** |
|---|---|---|---|

BSN Medical, Inc.
5825 Carnegie Blvd.
Charlotte, NC 28209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _7/2016 - 4/2017_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149.19** |
|---|---|---|---|

Bulldog System, Inc.
907 N. Jackson Street
Harrisburg, IL 62946

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _10/2017 - 11/2017_

**Basis for the claim:** _Utility Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,224.66** |
|---|---|---|---|

Capsa Solutions
13700 Irma Lee Court
Lake Forest, IL 60045

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _10/2016 - 5/2017_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,143.64** |
|---|---|---|---|

Carefusion
17400 Medina Road, Suite 100
Minneapolis, MN 55447

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _6/2017 - 10/2017_

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.12** |
|---|---|---|---|

Century Link
665 Lexington Avenue
Mansfield, OH 44907

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _6/2017 - 11/2017_

**Basis for the claim:** _Utility Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   HLS Pharmacies, Inc.
      Name

Case number (if known)   17-71197-BHL

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $792.57
CID Resources, Inc.
601 S. Royal Lane, Suite 100
Coppell, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2017 - 3/2017

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,809.12
Circadiance
1300 Rodi Road
Turtle Creek, PA 15145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016 - 1/2017

**Basis for the claim:**  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $98,133.30
Citibusiness Card
P.O. Box 6004
Sioux Falls, SD 57117-6004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Credit Card

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $481.84
City of Henderson
P.O. Box 716
Henderson, KY 42419-0716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2017

**Basis for the claim:**  Utility Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $80.89
City of Mt. Carmel
219 Market Street
Mount Carmel, IL 62863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2017 - 11/2017

**Basis for the claim:**  Utility Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,833.60
Colonial Life
P.O. Box 903
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017 - 12/2017

**Basis for the claim:**  Employee Benefits

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $534.13
Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017 - 11/2017

**Basis for the claim:**  Utility Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**
Community United Methodist Hospital, Inc
1305 North Elm Street, Suite 1-A
Evansville, IN 47708

**Date(s) debt was incurred**  2014
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28**

**Nonpriority creditor's name and mailing address**
Compass Health Brands
P.O. Box 71591
Chicago, IL 60694-1591

**Date(s) debt was incurred**  8/2017 - 11/2017
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$20,574.42**

---

**3.29**

**Nonpriority creditor's name and mailing address**
Complete Medical Supplies
100 Routh 59, Suite 113
Suffern, NY 10901

**Date(s) debt was incurred**  11/2016 - 3/2017
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$3,399.16**

---

**3.30**

**Nonpriority creditor's name and mailing address**
Consumer Gas Co.
216 Industrial Ave.
Carmi, IL 62821

**Date(s) debt was incurred**  11/2017
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$90.40**

---

**3.31**

**Nonpriority creditor's name and mailing address**
Creative Specialties
25300 Al Moen Drive
North Olmsted, OH 44070

**Date(s) debt was incurred**  12/2016 - 6/2017
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.52**

---

**3.32**

**Nonpriority creditor's name and mailing address**
Culligan of Martinsville
1439 E. Morgan Street
Martinsville, IN 46151

**Date(s) debt was incurred**  4/2017
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$49.57**

---

**3.33**

**Nonpriority creditor's name and mailing address**
Custom Sign & Engineering
5344 Vann Road
Newburgh, IN 47630

**Date(s) debt was incurred**  2014 - 2016
**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,869.40**

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Deroyal Industries<br>MSC 30316<br>Nashville, TN 37241-0316 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.76 |
|---|---|---|---|
| | Date(s) debt was incurred _1/2017 - 2/2017_ | **Basis for the claim:** _Open Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>DJO, LLC<br>1430 Decision Street<br>Vista, CA 92081-8533 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,226.18 |
|---|---|---|---|
| | Date(s) debt was incurred _12/2015 - 8/2017_ | **Basis for the claim:** _Open Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>Drive Medical Design<br>29427 Network Place<br>Chicago, IL 60673-1294 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,383.57 |
|---|---|---|---|
| | Date(s) debt was incurred _10/2017_ | **Basis for the claim:** _Open Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>Dubois County LP Gas, Inc.<br>1205 South State Road 162<br>Jasper, IN 47546-9360 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17.05 |
|---|---|---|---|
| | Date(s) debt was incurred _8/2017 - 10/2017_ | **Basis for the claim:** _Open Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Duke Energy<br>P.O. Box 1327<br>Charlotte, NC 28201-1327 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $934.13 |
|---|---|---|---|
| | Date(s) debt was incurred _9/2017 - 10/2017_ | **Basis for the claim:** _Utility Services_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>Duncan's Carpet Cleaning<br>2251 E. New York Avenue<br>Evansville, IN 47711 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $460.00 |
|---|---|---|---|
| | Date(s) debt was incurred _2016_ | **Basis for the claim:** _Open Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Durham Window Cleaning<br>1110 Landing Meadows De<br>Henderson, KY 42420 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.00 |
|---|---|---|---|
| | Date(s) debt was incurred _3/2017_ | **Basis for the claim:** _Open Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $323.14 |
|---|---|---|---|
| | Entry Mat Service<br>6320 State Road 158<br>Bedford, IN 47421 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  2/2017 - 3/2017 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,078.68 |
|---|---|---|---|
| | ERC I LLC Receivership<br>420 NW 5th Street<br>Evansville, IN 47708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  1/2017 - 12/2017 | **Basis for the claim:**  Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,415.95 |
|---|---|---|---|
| | Evansville Courier Press<br>300 E. Walnut<br>Evansville, IN 47713 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  4/2016 - 9/2017 | **Basis for the claim:**  Advertising | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,471.56 |
|---|---|---|---|
| | Evansville Print<br>2217 W. Franklin Street<br>Evansville, IN 47712 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  7/2016 - 3/2017 | **Basis for the claim:**  Advertising | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00 |
|---|---|---|---|
| | Ferguson Distributing Co.<br>8200 Sharon Road<br>Newburgh, IN 47630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  8/2017 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,128.44 |
|---|---|---|---|
| | Fisher & Paykel Healthcare<br>173 Technology Drive, Suite 100<br>Irvine, CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  3/2017 - 6/2017 | **Basis for the claim:**  Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $495.00 |
|---|---|---|---|
| | Forbin<br>4026 Alexandria Drive<br>Waterloo, IA 50702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred**  5/2017 - 9/2017 | **Basis for the claim:**  Comp Maint | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

**3.48** | **Nonpriority creditor's name and mailing address**
Freedom Waste Service
6000 Brownsboro Pk. Blvd., Suite B
Louisville, KY 40207

Date(s) debt was incurred  12/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

$73.50

---

**3.49** | **Nonpriority creditor's name and mailing address**
Frontier
P.O. Box 740407
Cincinnati, OH 45274-0407

Date(s) debt was incurred  10/2017 - 11/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

$1,265.19

---

**3.50** | **Nonpriority creditor's name and mailing address**
Furman Lawn Service
2526 W. Division Road
Petersburg, IN 47567

Date(s) debt was incurred  6/2017 - 11/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,185.00

---

**3.51** | **Nonpriority creditor's name and mailing address**
Geiger Properties of IND
420 NW 5th Street, Suite 202
Evansville, IN 47708

Date(s) debt was incurred  11/2017 - 12/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

$14,057.16

---

**3.52** | **Nonpriority creditor's name and mailing address**
GF Health Products, Inc.
Attn:  Kim Jones
2935 Northeast Parkway
Atlanta, GA 30360

Date(s) debt was incurred  6/2017 - 7/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$3,793.08

---

**3.53** | **Nonpriority creditor's name and mailing address**
Golden Technologies, Inc.
401 Bridge Street
Old Forge, PA 18518

Date(s) debt was incurred  5/2017 - 11/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$9,958.37

---

**3.54** | **Nonpriority creditor's name and mailing address**
GSF USA, Inc.
P.O. Box 1627
Indianapolis, IN 46206

Date(s) debt was incurred  12/2016 - 1/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$550.00

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $573.55
Guardian Medical
18000 W. Eight Mile Road
Southfield, MI 48075

Date(s) debt was incurred  10/2016 - 9/2017

Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,683.84
Guardian Medical Monitor
18000 W. Eight Mile Road
Southfield, MI 48075

Date(s) debt was incurred  6/2016 - 11/2017

Last 4 digits of account number  _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,580.43
Hank's Neon & Plastic
P.O. Box 4246
Evansville, IN 47724-0246

Date(s) debt was incurred  5/2016 - 1/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,910.68
Harding Shymanski & Co.
21 SE Third Street, Suite 500
Evansville, IN 47708

Date(s) debt was incurred  8/2016 - 10/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00
Harvey Ershig
502 Norris Lane
Henderson, KY 42420

Date(s) debt was incurred  7/2017 - 12/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,577.98
HBS Pharmacy Services
738 Louis Drive
Warminster, PA 18974

Date(s) debt was incurred  6/2016 - 11/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Comp Maint

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,563.73
Health Care Logistics, Inc.
P.O. Box 400
Circleville, OH 43113-0400

Date(s) debt was incurred  11/2016 - 9/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | | Case number (if known) | 17-71197-BHL |
|---|---|---|---|---|
| | Name | | | |

**3.62** | **Nonpriority creditor's name and mailing address**
Health Resources
P.O. Box 659
Evansville, IN 47704

Date(s) debt was incurred  10/2017 - 12/217

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Benefits

Is the claim subject to offset? ■ No  ☐ Yes

$4,829.04

---

**3.63** | **Nonpriority creditor's name and mailing address**
Healthcare Logistics
5850 Coral Ridge Drive, Suite 304
Coral Springs, FL 33076

Date(s) debt was incurred  3/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$108.14

---

**3.64** | **Nonpriority creditor's name and mailing address**
Healthlink
1831 Chestnut Street
Saint Louis, MO 63106-2225

Date(s) debt was incurred  3/2016 - 10/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$3,350.95

---

**3.65** | **Nonpriority creditor's name and mailing address**
Healthsmart International
4900 University Avenue
West Des Moines, IA 50266

Date(s) debt was incurred  1/2017 - 2/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$978.35

---

**3.66** | **Nonpriority creditor's name and mailing address**
Hoosier Business Machines
P.O. Box 751
Jasper, IN 47546

Date(s) debt was incurred  6/2017 - 9/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$430.90

---

**3.67** | **Nonpriority creditor's name and mailing address**
Husk Signs
1115 Indy Court
Evansville, IN 47725

Date(s) debt was incurred  2016

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$2,118.49

---

**3.68** | **Nonpriority creditor's name and mailing address**
I-Runner
7271 Mayflower Park Drive
Zionsville, IN 46077

Date(s) debt was incurred  2/2017 - 7/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$1,188.30

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**
Independence Medical
1810 Summit Conference Park
Twinsburg, OH 44087

Date(s) debt was incurred  10/2016 - 10/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$8,751.34**

---

**3.70** | **Nonpriority creditor's name and mailing address**
Indiana Telephone Network
P.O. Box 369
Syracuse, IN 46567

Date(s) debt was incurred  11/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

**$602.70**

---

**3.71** | **Nonpriority creditor's name and mailing address**
Instamed Accountign
1880 John F. Kennedy Blvd., 12th Floor
Philadelphia, PA 19103

Date(s) debt was incurred  11/2017 - 12/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$722.00**

---

**3.72** | **Nonpriority creditor's name and mailing address**
Intersurgical, Inc.
6757 Kinne Street
East Syracuse, NY 13057

Date(s) debt was incurred  2/2017 - 9/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,692.16**

---

**3.73** | **Nonpriority creditor's name and mailing address**
Jasper Embroidery
310 Main Street
Jasper, IN 47546

Date(s) debt was incurred  12/2016 - 3/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$619.64**

---

**3.74** | **Nonpriority creditor's name and mailing address**
Jerry Fischer Co.
1903 Main Street
Tell City, IN 47586

Date(s) debt was incurred  1/2017 - 9/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$170.20**

---

**3.75** | **Nonpriority creditor's name and mailing address**
Jones Wallace, LLC
420 Main Street, Suite 1600
Evansville, IN 47706-1065

Date(s) debt was incurred  5/2017
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

**$442.25**

---

| Debtor | HLS Pharmacies, Inc. | | Case number (if known) | 17-71197-BHL |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,895.27 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Julius Zorn, Inc.
P.O. Box 1088
Cuyahoga Falls, OH 44223

Date(s) debt was incurred  11/2016 - 4/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | | $333.48 |

Kenergy Corp.
6402 Old Corydon Road
Henderson, KY 42419-0018

Date(s) debt was incurred  11/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | | $2,600.00 |

Klem's Sign & Restyling
16303 N. State Road 545
Saint Meinrad, IN 47577

Date(s) debt was incurred  2015

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | | $914.89 |

Koester's Call Center
P.O. Box 4715
Evansville, IN 47724

Date(s) debt was incurred  6/2017 - 8/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | | $325.31 |

Koorsen Fire & Security
2719 N. Arlington Avenue
Indianapolis, IN 46218-3322

Date(s) debt was incurred  8/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | | $32,082.53 |

Kunkel Insurance Agency
414 Jackson Street
Jasper, IN 47546

Date(s) debt was incurred  2016

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | | $1,461.10 |

Legal Shield
One Pre-Paid Way
Ada, OK 74820

Date(s) debt was incurred  9/2017 - 12/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Benefits

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

---

**3.83**

**Nonpriority creditor's name and mailing address**
Robert M. Leich
c/o Pulse Systems
20 NW 4th Street, #301
Evansville, IN 47708

Date(s) debt was incurred __2016__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consulting__

Is the claim subject to offset? ■ No ☐ Yes

$8,750.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Lewis Testing Services
P.O. Box 39109
Indianapolis, IN 46239

Date(s) debt was incurred __4/2017 - 8/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

$3,570.83

---

**3.85**

**Nonpriority creditor's name and mailing address**
Liberty Mutual
P.O. Box 2051
Keene, NH 03431-7051

Date(s) debt was incurred __12/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

$8,474.64

---

**3.86**

**Nonpriority creditor's name and mailing address**
Loan Me
1900 S. State College Blvd., Suite 300
Anaheim, CA 92806

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

$65,602.34

---

**3.87**

**Nonpriority creditor's name and mailing address**
Lorann Oils, Inc.
4518 Aurelius Road
Lansing, MI 48910

Date(s) debt was incurred __1/2017 - 2/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

$231.98

---

**3.88**

**Nonpriority creditor's name and mailing address**
Mail Finance
478 Wheelers Farms Road
Milford, CT 06461

Date(s) debt was incurred __2/2017 - 8/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

$1,171.82

---

**3.89**

**Nonpriority creditor's name and mailing address**
Mailboxes & Parcel Depot
2557 N. Newton Street
Jasper, IN 47546

Date(s) debt was incurred __3/2017__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

$95.66

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|--------|----------------------|------------------------|--------------|
| | Name | | |

**3.90**

**Nonpriority creditor's name and mailing address**
Mat Man
P.O. Box 1045
Newburgh, IN 47629-1045

**Date(s) debt was incurred** 2/2017 - 5/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

**Is the claim subject to offset?** ■ No ☐ Yes

$534.78

---

**3.91**

**Nonpriority creditor's name and mailing address**
Matrix Integration, LLC
417 Main Street
Jasper, IN 47546

**Date(s) debt was incurred** 4/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Comp Maint

**Is the claim subject to offset?** ■ No ☐ Yes

$573.75

---

**3.92**

**Nonpriority creditor's name and mailing address**
Maven Medical Mfg, Inc.
P.O. Box 909
Indian Rocks Beach, FL 33785-0909

**Date(s) debt was incurred** 12/2016 - 3/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

**Is the claim subject to offset?** ■ No ☐ Yes

$556.50

---

**3.93**

**Nonpriority creditor's name and mailing address**
McKesson Drug
3000 Kensill Avenue
Washington Court House, OH 43160

**Date(s) debt was incurred** 2/2017 - 11/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

**Is the claim subject to offset?** ■ No ☐ Yes

$399.56

---

**3.94**

**Nonpriority creditor's name and mailing address**
McKesson Medical Surgical
P.O. Box 204786
Dallas, TX 75320-4786

**Date(s) debt was incurred** 9/2014 - 9/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

**Is the claim subject to offset?** ■ No ☐ Yes

$7,809.25

---

**3.95**

**Nonpriority creditor's name and mailing address**
Medact, LLC
1735 N. Brown Road, Suite 500
Lawrenceville, GA 30043

**Date(s) debt was incurred** 6/2017 - 12/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Comp Maint

**Is the claim subject to offset?** ■ No ☐ Yes

$13,505.10

---

**3.96**

**Nonpriority creditor's name and mailing address**
Medela, Inc.
1101 Corporate Drive
McHenry, IL 60050

**Date(s) debt was incurred** 4/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

**Is the claim subject to offset?** ■ No ☐ Yes

$6,353.40

---

Debtor  **HLS Pharmacies, Inc.**
Name

Case number (if known)  **17-71197-BHL**

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,299.31
Medford Technologies, Inc.
2 Executive Blvd., Suite 410
Suffern, NY 10901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  Comp Maint.

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,020.63
Medi USA, L.P.
6481 Franz Warner Parkway
Whitsett, NC 27377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2016 - 3/2017

Basis for the claim:  Open Account

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68,946.62
Medical Specialties Distr.
800 Technology Center Drive
Stoughton, MA 02072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2016 - 4/2017

Basis for the claim:  Open Account

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79,176.05
Medline Industries, Inc.
Dept. CH 14400
Palatine, IL 60055-4400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016 - 7/2017

Basis for the claim:  Open Account / Judgment

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66,666.60
Methodist Hospital
Attn:  Andrea Miller, Accounting
1305 N. Elm Street
Henderson, KY 42420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2016 - 12/2017

Basis for the claim:  Rent

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $207.38
Metronet
3701 Communications Way
Evansville, IN 47715-8929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

Basis for the claim:  Utility Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $692.65
MHA LTC Network, Inc.
25-A Vreeland Road, Suite 200
Florham Park, NJ 07932-0789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2017 - 8/2017

Basis for the claim:  Open Account

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   HLS Pharmacies, Inc.                                                          Case number (if known)   17-71197-BHL
         Name

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $364.39 |
|---|---|---|---|

Midwest Prescription
3224 Ferncroft Drive
Cincinnati, OH 45211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016 - 10/2017

Last 4 digits of account number _

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $265.53 |
|---|---|---|---|

Mountain Valley
1315 Read Street, Unit A
Evansville, IN 47710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2017 - 10/2017

Last 4 digits of account number _

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,714.70 |
|---|---|---|---|

MRM Investments, LLC
2960 Fairview Drive
Owensboro, KY 42303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2017 - 12/2017

Last 4 digits of account number _

**Basis for the claim:**  Rent

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $439.11 |
|---|---|---|---|

Mt. Carmel Public Utility
P.O. Box 220
Mount Carmel, IL 62863-0220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017 - 12/2017

Last 4 digits of account number _

**Basis for the claim:**  Utility Services

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $888.06 |
|---|---|---|---|

Neotech
28430 Witherspoon Parkway
Valencia, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2017 - 10/2017

Last 4 digits of account number _

**Basis for the claim:**  Comp Maint.

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,545.00 |
|---|---|---|---|

Nexstar Broadcasting, Inc.
P.O. Box 74008722
Chicago, IL 60674-8722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number _

**Basis for the claim:**  Advertising

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $233.20 |
|---|---|---|---|

Nonin Medical, Inc.
13700 1st Avenue North
Minneapolis, MN 55441-5443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number _

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    HLS Pharmacies, Inc.

Name

Case number (if known)    17-71197-BHL

---

**3.111**  **Nonpriority creditor's name and mailing address**

Ohio Valley Medical Gas
P.O. Box 8087
Evansville, IN 47716-8087

Date(s) debt was incurred   12/2016 - 11/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$29,782.42

---

**3.112**  **Nonpriority creditor's name and mailing address**

Patterson Medical
28100 Torch Parkway, Suite 700
Warrenville, IL 60555-3938

Date(s) debt was incurred  1/2017 - 3/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$1,476.10

---

**3.113**  **Nonpriority creditor's name and mailing address**

Peach Properties
P.O. Box 100
Dawson Springs, KY 42408

Date(s) debt was incurred  12/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset?  ■ No  ☐ Yes

$1,000.00

---

**3.114**  **Nonpriority creditor's name and mailing address**

Ped-Lite
8255 Wright Street
Merrillville, IN 46410

Date(s) debt was incurred  1/2017 - 2/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$113.78

---

**3.115**  **Nonpriority creditor's name and mailing address**

Petersburg Municipal Utilities
704 Main Street
Petersburg, IN 47567

Date(s) debt was incurred  12/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset?  ■ No  ☐ Yes

$39.77

---

**3.116**  **Nonpriority creditor's name and mailing address**

Philips Healthcare
3000 Minuteman Road, MS 0400
Andover, MA 01810

Date(s) debt was incurred  2/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset?  ■ No  ☐ Yes

$146.00

---

**3.117**  **Nonpriority creditor's name and mailing address**

Physicians Filing Service
P.O. Box 2336
Mount Vernon, IL 62864

Date(s) debt was incurred  2016

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services

Is the claim subject to offset?  ■ No  ☐ Yes

$78,232.74

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**
Pierre Dimaggio
100 April Avenue
Carmi, IL 62821

Date(s) debt was incurred  6/2017 - 12/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

$11,156.78

---

**3.119** | **Nonpriority creditor's name and mailing address**
Pike County Chamber of Commerce
714 E. Main Street    .
Petersburg, IN 47567

Date(s) debt was incurred  4/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.120** | **Nonpriority creditor's name and mailing address**
Piranha Mobile Shredding
813 E. Franklin Street
Evansville, IN 47711

Date(s) debt was incurred  3/2017 - 10/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,896.40

---

**3.121** | **Nonpriority creditor's name and mailing address**
Porter One Design, LLC
37680 Hills Tech Drive
Farmington, MI 48331

Date(s) debt was incurred  2016

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.122** | **Nonpriority creditor's name and mailing address**
Princeton EPB
304 E. Legion Drive
Princeton, KY 42445-2280

Date(s) debt was incurred  11/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

$373.60

---

**3.123** | **Nonpriority creditor's name and mailing address**
Princeton Water & Sewer
101 E. Market Street
Princeton, KY 42445

Date(s) debt was incurred  11/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

$25.73

---

**3.124** | **Nonpriority creditor's name and mailing address**
Quality Medical Group
4475 S. Clinton Avenue
South Plainfield, NJ 07080

Date(s) debt was incurred  11/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,125.00

---

Debtor  **HLS Pharmacies, Inc.**
Name

Case number (if known)  17-71197-BHL

---

**3.125**  **Nonpriority creditor's name and mailing address**
Quality Medical South
7381 114th Avenue North, Suite 4028
Largo, FL 33773

Date(s) debt was incurred  10/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.126**  **Nonpriority creditor's name and mailing address**
Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

Date(s) debt was incurred  1/2017 - 3/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$1,261.60

---

**3.127**  **Nonpriority creditor's name and mailing address**
R & T Realty, Inc.
Attn:  Roberg G. Dean, President
630 N. Walnut Street, #F
Mount Carmel, IL 62863

Date(s) debt was incurred  11/2017 - 12/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

$3,800.00

---

**3.128**  **Nonpriority creditor's name and mailing address**
Republic Services
12820 Cumminsville Road
Pimento, IN 47866-9734

Date(s) debt was incurred  10/2017 - 11/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

$237.29

---

**3.129**  **Nonpriority creditor's name and mailing address**
Res Med
P.O. Box 534593
Atlanta, GA 30353-4593

Date(s) debt was incurred  6/2016 - 8/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$115,741.42

---

**3.130**  **Nonpriority creditor's name and mailing address**
Respironics
P.O. Box 405740
Atlanta, GA 30384-5740

Date(s) debt was incurred  1/2017 - 7/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$82,597.71

---

**3.131**  **Nonpriority creditor's name and mailing address**
Right Way Medical
510-H East Wilson Bridge Road
Worthington, OH 43085

Date(s) debt was incurred  8/2017 - 11/2017

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$2,940.88

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Best Case Bankruptcy

Debtor   **HLS Pharmacies, Inc.**
Name

Case number (*if known*)   17-71197-BHL

---

**3.132**

**Nonpriority creditor's name and mailing address**
Riverfront Prop LLC
601 Main Street
Jasper, IN 47546

Date(s) debt was incurred  8/2016 - 12/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No  ☐ Yes

$8,500.00

---

**3.133**

**Nonpriority creditor's name and mailing address**
RX Care Assurance
P.O. Box 30203
Omaha, NE 68103-1303

Date(s) debt was incurred  3/2017 - 6/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$1,268.00

---

**3.134**

**Nonpriority creditor's name and mailing address**
Sarge Rentals
P.O. Box 1841
Bloomington, IN 47402

Date(s) debt was incurred  6/2017 - 12/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No  ☐ Yes

$45,705.52

---

**3.135**

**Nonpriority creditor's name and mailing address**
Shred-It
28883 Network Place
Chicago, IL 60673-1288

Date(s) debt was incurred  11/2016 - 8/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$2,422.54

---

**3.136**

**Nonpriority creditor's name and mailing address**
Shredding & Storage Unlimited
3001 S. Walnut
Bloomington, IN 47401

Date(s) debt was incurred  6/2017 - 10/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$70.00

---

**3.137**

**Nonpriority creditor's name and mailing address**
Sigvaris, Inc.
1119 Highway 74 South
Peachtree City, GA 30269

Date(s) debt was incurred  4/2017 - 6/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$2,494.65

---

**3.138**

**Nonpriority creditor's name and mailing address**
Sky Cylinder Testing, Inc.
2220 Lexington Road
Evansville, IN 47720

Date(s) debt was incurred  7/2017 - 10/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$519.93

---

Debtor    HLS Pharmacies, Inc.
    Name

Case number (if known)    17-71197-BHL

---

**3.139**  **Nonpriority creditor's name and mailing address**
Somnetics, LLC
33 5th Avenue NW, #500
New Brighton, MN 55112

Date(s) debt was incurred  5/2017

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$517.99

---

**3.140**  **Nonpriority creditor's name and mailing address**
Sonitrol
208 NW Third Street
Evansville, IN 47708-1234

Date(s) debt was incurred  5/2017 - 11/2017

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$686.57

---

**3.141**  **Nonpriority creditor's name and mailing address**
Southeast Daviess Co. Water
3400 Bittel Road
Owensboro, KY 42301

Date(s) debt was incurred  10/2017

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No  ☐ Yes

$32.12

---

**3.142**  **Nonpriority creditor's name and mailing address**
Spectrotel
P.O. Box 1949
Newark, NJ 07101-1949

Date(s) debt was incurred  11/2017

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,256.23

---

**3.143**  **Nonpriority creditor's name and mailing address**
Stander
1615 Quail Way
Logan, UT 84321

Date(s) debt was incurred  11/2016 - 1/2017

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$1,800.70

---

**3.144**  **Nonpriority creditor's name and mailing address**
Staples Business Advan
Dept. Det
P.O. Box 83689
Chicago, IL 60696-3689

Date(s) debt was incurred  11/2016 - 2/2017

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$3,991.04

---

**3.145**  **Nonpriority creditor's name and mailing address**
Stericycle, Inc.
P.O. Box 6575
Carol Stream, IL 60197-6575

Date(s) debt was incurred  2016

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

$430.64

---

Debtor    **HLS Pharmacies, Inc.**
Name

Case number (if known)    **17-71197-BHL**

---

**3.146**    **Nonpriority creditor's name and mailing address**
Stradtner Properties
1111 W. 13th Street
Jasper, IN 47546

**Date(s) debt was incurred**   8/2017 - 12/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Rent

**Is the claim subject to offset?** ■ No   ☐ Yes

$103,050.25

---

**3.147**    **Nonpriority creditor's name and mailing address**
Rick Stradtner
1111 W. 13th Street
Jasper, IN 47546

**Date(s) debt was incurred**   2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Note Payable

**Is the claim subject to offset?** ■ No   ☐ Yes

$240,500.00

---

**3.148**    **Nonpriority creditor's name and mailing address**
Strategic Distribution LP
9800 De Soto Avenue
Chatsworth, CA 91311

**Date(s) debt was incurred**   2/2017 - 3/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No   ☐ Yes

$693.68

---

**3.149**    **Nonpriority creditor's name and mailing address**
Sun Life Financial
2323 Grand Blvd.
Kansas City, MO 64108-2670

**Date(s) debt was incurred**   10/2017 - 12/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Employee Benefits

**Is the claim subject to offset?** ■ No   ☐ Yes

$8,310.30

---

**3.150**    **Nonpriority creditor's name and mailing address**
Sunset Healthcare
180 N. Michigan Avenue, Suite 2000
Chicago, IL 60601

**Date(s) debt was incurred**   11/2016 - 3/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No   ☐ Yes

$15,603.77

---

**3.151**    **Nonpriority creditor's name and mailing address**
Swat Pest Management
2501 N. Cullen Avenue
Evansville, IN 47715

**Date(s) debt was incurred**   5/2017 - 9/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No   ☐ Yes

$1,390.00

---

**3.152**    **Nonpriority creditor's name and mailing address**
Terminex Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592

**Date(s) debt was incurred**   3/2017 - 5/2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No   ☐ Yes

$420.00

---

Debtor    HLS Pharmacies, Inc.                                           Case number (if known)    17-71197-BHL
          Name

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56,558.54 |

**3.153**

**Nonpriority creditor's name and mailing address**
The AME Group
6001 E. Old Highway 50
Vincennes, IN 47591

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   12/2016 - 11/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Comp Maint

**Is the claim subject to offset?** ■ No  ☐ Yes

$56,558.54

---

**3.154**

**Nonpriority creditor's name and mailing address**
The Lang Company
540 South 13th Street
Louisville, KY 40203

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   12/2016 - 10/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

$1,329.45

---

**3.155**

**Nonpriority creditor's name and mailing address**
The Repair Center
21973 Commerce Parkway
Strongsville, OH 44119

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   7/2017 - 10/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

$8,558.95

---

**3.156**

**Nonpriority creditor's name and mailing address**
Time Warner Cable
1600 Dublin Road
Columbus, OH 43215

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   11/2017 - 12/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Utility Services

**Is the claim subject to offset?** ■ No  ☐ Yes

$694.86

---

**3.157**

**Nonpriority creditor's name and mailing address**
Total Funds by Hasler
P.O. Box 30193
Tampa, FL 33630-3193

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   10/2016 - 5/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

$2,238.91

---

**3.158**

**Nonpriority creditor's name and mailing address**
Trulife
P.O. Box 89
Jackson, MI 49204-0089

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   12/2016 - 2/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

$233.61

---

**3.159**

**Nonpriority creditor's name and mailing address**
Uebelhor & Sons, Inc.
788 W. 12th Avenue
Jasper, IN 47547

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**   4/2017 - 10/2017

**Last 4 digits of account number** _

**Basis for the claim:**   Open Account

**Is the claim subject to offset?** ■ No  ☐ Yes

$294.51

---

Debtor   HLS Pharmacies, Inc.

Case number (if known)   17-71197-BHL

Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,833.67 |

**3.160** **Nonpriority creditor's name and mailing address**
United Healthcare
5505 N. Cumberland Avenue, Suite 307
Chicago, IL 60656-4761

Date(s) debt was incurred  3/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

Is the claim subject to offset? ■ No  ☐ Yes

**$44,833.67**

---

**3.161** **Nonpriority creditor's name and mailing address**
Vectren Energy Delivery
1 N. Main Street
Evansville, IN 47711

Date(s) debt was incurred  9/2017 – 11/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No  ☐ Yes

**$1,970.73**

---

**3.162** **Nonpriority creditor's name and mailing address**
Veridian Healthcare
1175 Lakeside Drive
Gurnee, IL 60031

Date(s) debt was incurred  8/2016 – 2/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

**$2,063.82**

---

**3.163** **Nonpriority creditor's name and mailing address**
Verizon Wireless
One Verizon Way
Basking Ridge, NJ 07920

Date(s) debt was incurred  11/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

Is the claim subject to offset? ■ No  ☐ Yes

**$1,465.03**

---

**3.164** **Nonpriority creditor's name and mailing address**
VGM Group, Inc.
111 W. San Marnan Drive, Suite A2 West
Waterloo, IA 50701-8926

Date(s) debt was incurred  6/2016 – 10/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Open Account

Is the claim subject to offset? ■ No  ☐ Yes

**$8,826.80**

---

**3.165** **Nonpriority creditor's name and mailing address**
VSP
P.O. Box 45210
San Francisco, CA 94145-5210

Date(s) debt was incurred  11/2017 – 12/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Benefits

Is the claim subject to offset? ■ No  ☐ Yes

**$1,086.04**

---

**3.166** **Nonpriority creditor's name and mailing address**
WAMW-WFML-WAXI Radio
800 W. National Highway
Washington, IN 47501

Date(s) debt was incurred  2016

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising

Is the claim subject to offset? ■ No  ☐ Yes

**$99.00**

---

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.76 |
|---|---|---|---|

**3.167** Nonpriority creditor's name and mailing address
Warren Supply Co., Inc.
652 US Highway 41 N
Sebree, KY 42455

Date(s) debt was incurred  12/2016 - 3/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$139.76

---

**3.168** Nonpriority creditor's name and mailing address
Tim Weiss
817 Harmony Way
Evansville, IN 47720

Date(s) debt was incurred  2016
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note Payable

Is the claim subject to offset? ■ No ☐ Yes

$40,000.00

---

**3.169** Nonpriority creditor's name and mailing address
Woolfork's Windows
15592 US Highway 41A
Corydon, KY 42406

Date(s) debt was incurred  6/2017 - 9/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.170** Nonpriority creditor's name and mailing address
WOW
P.O. Box 4350
Carol Stream, IL 60197-4350

Date(s) debt was incurred  11/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

$230.48

---

**3.171** Nonpriority creditor's name and mailing address
Wright Express, FSC
P.O. Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred  10/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gas Card

Is the claim subject to offset? ■ No ☐ Yes

$5,669.51

---

**3.172** Nonpriority creditor's name and mailing address
Zirmed, Inc.
888 W. Market Street, Suite 400
Louisville, KY 40202

Date(s) debt was incurred  7/2017 - 11/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Comp Maint.

Is the claim subject to offset? ■ No ☐ Yes

$704.10

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | McKesson Medical Surgical<br>P.O. Box 630693<br>Cincinnati, OH 45263-0693 | Line  3.94<br>☐ Not listed. Explain ____ | _ |

| Debtor | HLS Pharmacies, Inc. | Case number (if known) | 17-71197-BHL |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 McKesson Medical Surgical<br>8121 10th Avenue N<br>Golden Valley, MN 55427 | Line 3.94<br>☐ Not listed. Explain ____ | _ |
| 4.3 Medline Industries, Inc.<br>c/o Blackwell, Burke & Ramsey, P.C.<br>101 W. Ohio Street, Suite 1700<br>Indianapolis, IN 46204 | Line 3.100<br>☐ Not listed. Explain ____ | _ |
| 4.4 Villa Investment Group, LLC<br>409 S. Walnut Street<br>Bloomington, IN 47401 | Line 3.134<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 973,352.02 |
| 5b. Total claims from Part 2 | 5b.  + | $ 1,762,726.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,736,078.12 |